# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LENEIL JAMES COLBERT, JR.,

    Plaintiff,

v.

CHRIS SALMON; PRISON
FELLOWSHIP ACADEMEY; EDDIE
MILES; NURSING/MEDICAL;
DEPARTMENT OF CORRECTIONS;
PAUL SCHNELL; and MARK
KODERICK,

    Defendants.

Case No. 25-CV-3982 (NEB/DJF)

ORDER ACCEPTING REPORT AND
RECOMMENDATION

The Court has received the February 5, 2026 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 6.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 6) is ACCEPTED;

2. Plaintiff Leneil James Colbert, Jr.'s Amended Complaint (ECF No. 5) is DISMISSED WITHOUT PREJUDICE, for lack of jurisdiction, to the extent it brings: (a) claims against Defendant Department of Corrections; and (b) official-capacity claims for damages or retrospective relief against Defendants Eddie Miles and Paul Schnell;

3.      The Amended Complaint is otherwise DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915A(b), for failure to state a claim, to the extent it brings any other federal-law claims; and

4.      Supplemental jurisdiction over any state-law claims in the Amended Complaint is declined.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: March 12, 2026                              BY THE COURT:

                                                    s/Nancy E. Brasel
                                                    Nancy E. Brasel
                                                    United States District Judge